THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis Brown,       
Appellant.
 
 
 

Appeal From Charleston County
A. Victor Rawl, Circuit Court Judge

Unpublished Opinion No. 2004-UP-488
Submitted September 15, 2004  Filed 
 September 21, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, Office of Appellate 
 Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Travis Ray Shelton Brown pled 
 guilty to failing to stop for a blue light, second-degree burglary, and two 
 counts of armed robbery.  He was sentenced to three years for failure to stop 
 and fifteen years for armed robbery and second-degree burglary, all to run concurrent.  
 Brown appeals, arguing his guilty plea did not comply with the mandates set 
 forth in Boykin v. Alabama, 395 U.S. 238 (1969).  On appeal, counsel 
 for Brown has filed a brief pursuant to Anders v. California, 386 U.S. 
 738 (1967), asserting that there were no meritorious grounds for appeal and 
 requesting permission to withdraw from further representation.  Brown has not 
 filed a pro se response.    
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
STILWELL, BEATTY and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.